AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

2018 JUL -2 AM 9: 05

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DEMETRIUS PITTS, aka ABDUR RAHEEM RAHFEEQ, aka SALAHADEEN OSAMA WALEED | ) ) ) ) ) ) | Case No. **1:18 MJ 2120** |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 15, 2018 to July 1, 2018__ in the county of __Cuyahoga__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2339B | Attempt tp provide material support or resources to a forgien terrorist organization |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Andrew J. Wilson
Printed name and title

Sworn to before me and signed in my presence.

Date: July 2, 2018

_____
Judge's signature

City and state: Cleveland, Ohio

Magistrate Judge David Ruiz
Printed name and title