1-7-19

RECEIVED
JAN 15 2019
Clerk of Court
U.S. District Court, ND-OH

1:18mj2120

To: Judge Ruiz

I've change my mind about change. Lawyer i will keep Charles Flemings as my Atty. We came up with agreement. So is it possible that you can cancel. The court date of 1-14-19 please Sir. I'am Just write to let you know. About the situation at hand Sir. So there is no need for me to come to court. Can you please let me know if i. Still have a detainer for Philadelphia PA Sir.

Thank you
Demetri P