IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:19 CR 35 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| DEMETRIUS PITTS, | ) | UNOPPOSED MOTION FOR |
| | ) | PROTECTIVE ORDER |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney for the Northern District of Ohio, and Michelle M. Baeppler, Assistant United States Attorney, and hereby submits this Unopposed Motion for Protective Order agreed to by the parties governing the provision of discovery materials to Defendant pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure.

A proposed protective order is attached. Counsel for Defendant, Wesley Dumas, has indicated to the undersigned that he does not oppose the terms of the attached protective order, and has signed it, indicating his agreement and understanding of its terms. The undersigned has also signed the attached proposed order, indicating his agreement and understanding of its terms.

1

WHEREFORE, the United States respectfully requests that this motion be granted and that the Court issue the attached proposed protective order.

                                        Respectfully submitted,

                                        JUSTIN E. HERDMAN
                                        United States Attorney

By:   /s/ Michelle M. Baeppler
       Michelle M. Baeppler
       Reg. No. 0065378
       Assistant United States Attorney
       801 West Superior Avenue, Suite 400
       Cleveland, Ohio 44113
       Tel. No.: (216) 622-3995
       Fax No.: (216) 685-2378
       Michelle.Baeppler@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March 2019, a copy of the foregoing *Motion for Protective Order* was filed electronically.   Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                                        /s/ Michelle M. Baeppler
                                        Michelle M. Baeppler
                                        Assistant United States Attorney