IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-00035-SO-1 |
|    Plaintiff | ) | |
|    v. | ) | JUDGE: SOLOMON OLIVER, JR. |
| | ) | |
| DEMETRIUS PITTS, | ) | MOTION FOR PAYMENT OF |
|    Defendant | ) | ATTORNEY FEES |
| | ) | |

     Now comes prior counsel for Defendant Demetrius Pitts and moves this Honorable Court for an Order for payment of (CJA) Criminal Justice Act attorney fees herein. Counsel was appointed 3/7/2019 (see docket) and terminated 8/7/2019 (see docket) based upon defendant's adamant request for new counsel. On 8/16/2019 (see docket) the Court appointed new counsel, Justin J. Roberts to represent defendant forthwith.

     Prior counsel expects this case to take a considerable time to resolve either by plea or trial due to the voluminous discovery, unusual legal issues associated with a terrorism case, and difficulties anticipated with the defendant by new counsel. Therefore, prior counsel seeks an Order allowing him to apply for and be paid attorney fees forthwith. Absent such an Order, attorney fees will not be paid until the conclusion of the case.

                                                                      _S/Wesley A. Dumas, Sr._
                                                                      Wesley A. Dumas, Sr.
                                                                      Prior Attorney for Defendant
                                                                      Ohio Bar Reg. 0009004
                                                                      815 Superior Ave. NE # 612
                                                                      Cleveland, Ohio 44114
                                                                      216-696-3833 tel.
                                                                      216-696-1120
                                                                      baberuth3@sbcglobal.net

CERTIFICATE OF SERVICE

A copy of the foregoing Motion for Attorney Fees was sent to all parties herein via the Courts electronic filing system.

*S/ Wesley A. Dumas, Sr.*
Wesley A. Dumas, Sr.
Prior Attorney for Defendant
